1084

No. 864. City of Highland Park v. Fiore et ux. App. Ct. Ill., 2d Dist. Certiorari denied. *Samuel T. Lawton, Jr.*, for petitioner.

No. 865. Byczynski et ux. v. New York Central Development Corp. et al. App. Ct. Ill., 3d Dist. Certiorari denied. *John A. Berry* and *John E. Cassidy* for petitioners. *D. Robert Thomas* for respondents.

No. 867. Scherer v. Morrow. C. A. 7th Cir. Certiorari denied. *Julius L. Sherwin* and *Theodore R. Sherwin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus*, and *Alan S. Rosenthal* for respondent.

No. 868. Shoffeitt v. United States. C. A. 5th Cir. Certiorari denied. *Robert B. Thompson* for petitioner. *Solicitor General Griswold, Acting Assistant Attorney General Kossack*, and *Beatrice Rosenberg* for the United States.

No. 869. F. J. Buckner Corp., dba United Engineering Co. v. National Labor Relations Board. C. A. 9th Cir. Certiorari denied. *George R. Richter, Jr.*, for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli*, and *Norton J. Come* for respondent.

No. 873. Beal v. United States. C. A. 6th Cir. Certiorari denied. *William H. Beck* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin, Joseph M. Howard*, and *John M. Brant* for the United States.